# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2017

Stephen J. Markman,
Chief Justice

156373(45)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

ATTORNEY GENERAL FOR THE STATE
OF MICHIGAN *ex rel.* DEPARTMENT
OF NATURAL RESOURCES, NATURAL
RESOURCES COMMISSION, and WATER
RESOURCES COMMISSION,
        Plaintiffs-Appellees,
and

CITY OF ANN ARBOR, WASHTENAW
COUNTY, WASHTENAW COUNTY HEALTH
DEPARTMENT, WASHTENAW COUNTY
HEALTH OFFICER, HURON RIVER
WATERSHED COUNCIL, and SCIO TOWNSHIP,
        Intervenor Plaintiffs-Appellees,

v

GELMAN SCIENCES, INC.,
        Defendant-Appellant.
_____/

SC: 156373
COA: 337818
Washtenaw CC: 88-034734-CE

On order of the Chief Justice, the motion of defendant-appellant to file a combined reply in excess of the page limitation of MCR 7.305(E) is GRANTED. The reply submitted on October 12, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2017



Clerk